UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR.,

                          Plaintiff,

        -against-

P.O. PILGRIM (NYPD) (21213); P.O. AVIN
(NYPD) (4080),

                          Defendants.

1:23-CV-6727 (JGLC)

VALENTIN ORDER

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who is currently held in the Otis Bantum Correctional Center on Rikers Island,

filed this *pro se* action asserting claims for damages.[1] The Court construes Plaintiff's complaint

as asserting claims under 42 U.S.C. § 1983 and under state law. Plaintiff sues: (1) Police Officer

Pilgrim; and (2) Police Officer Avin.

By order dated August 2, 2023, the court granted Plaintiff's request to proceed *in forma*

*pauperis* ("IFP"), that is, without prepayment of fees. The Court directs the Corporation Counsel

of the City of New York to provide Plaintiff and the Court with the defendants' service addresses.

**DISCUSSION**

A.      **Defendants' s service addresses**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint,

Plaintiff supplies sufficient information to permit the New York City Police Department

("NYPD") to ascertain the defendants' service addresses. It is therefore ordered that the

Corporation Counsel of the City of New York, who is the attorney for and agent of the NYPD, to

---

[1] Plaintiff appears to have filed this action before he taken into custody.

determine the defendants' service addresses. The Corporation Counsel must provide this information to Plaintiff and the Court within 60 days of the date of this order. Once the Court has been informed of the defendants' service addresses, it will order service on the defendants by the United States Marshals Service.

**B.      New York Legal Assistance Group**

Plaintiff may consult the legal clinic opened in this judicial district to assist people who are parties in civil cases, but who do not have lawyers. The clinic is operated by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or operated by, the court (and, among other things, therefore, it cannot accept filings on behalf of the court, which must still be filed by a *pro se* party in the court's Pro Se Intake Unit).

To receive limited-scope assistance from the clinic, Plaintiff may mail a signed retainer and intake form to the NYLAG Pro Se Clinic at 40 Foley Square, LL22, New York, New York 10007. Once the paperwork is received, the clinic will coordinate contact with the litigant. Once received, it may take up to two weeks for the clinic to contact the litigant. Copies of the clinic's flyer, retainer, and intake form are attached to this order.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to mail a copy of this order and a copy of the complaint to the Corporation Counsel of the City of New York, at 100 Church Street, New York, New York 10007.

2

A flyer, retainer, and intake form from NYLAG are attached to this order.

SO ORDERED.

Dated:   September 5, 2023
         New York, New York

_Jessica Clarke_
_____
JESSICA G. L. CLARKE
United States District Judge

3



**NYLAG**

New York ■ Legal Assistance Group

**LEGAL CLINIC FOR PRO SE LITIGANTS IN THE
SOUTHERN DISTRICT OF NEW YORK**

LIMITED SCOPE LEGAL ASSISTANCE RETAINER AGREEMENT

You retain the New York Legal Assistance Group (NYLAG) to provide you with limited scope legal assistance through its Legal Clinic for Pro Se Litigants in the Southern District of New York (Clinic) under the terms set forth below.

## I.  LIMITS OF ASSISTANCE

The Clinic agrees to provide only limited scope legal assistance in connection with your matter.

This means that:

- You remain a self-represented (pro se) litigant and are responsible for all aspects of your case. NYLAG is not your attorney of record in this matter. In the event that you are or become a party to a case in the Southern District of New York or any other forum, NYLAG will not enter an appearance or otherwise act on your behalf without expressly agreeing to do so and entering into a separate signed agreement with you. NYLAG has no obligation to enter into any such agreement.

- NYLAG has sole discretion to determine the specific type of services provided. These services may include providing advice and counsel about your case, explaining court orders and procedures, reviewing and commenting on your drafts, assisting with drafting, and discussing strategy.

- This retainer covers an initial consultation only. NYLAG can stop assisting you with this matter at any time for any reason consistent with the New York Rules of Professional Conduct.

- NYLAG has not agreed to represent or assist you on any other matter in the future.  If NYLAG does agree to any representation on another matter, then a separate signed retainer agreement will be necessary.

- You may request but are not guaranteed subsequent appointments. NYLAG will only provide assistance on subsequent appointments if it provides you with confirmation to you of such assistance, via email or otherwise, with such additional assistance governed by the terms of this agreement, including that the assistance is for that consultation only and that NYLAG has sole discretion to decide whether it will provide any additional future consultations. You are responsible for and must meet all deadlines in your case, regardless of whether you are able to have an appointment with the Clinic.

## II.  FREE ASSISTANCE, NON-ATTORNEY PROVIDERS, AND COMPETENCY

NYLAG does not charge for this assistance.  You may be assisted by law students and/or paralegals under the supervision of an attorney consistent with the Rules of Professional Responsibility.  NYLAG's assistance does not guarantee success or any particular outcome but that NYLAG will provide competent assistance.

### III. TERMINATION OF ASSISTANCE

Your participation is entirely voluntary, and you are free to stop receiving NYLAG's limited scope assistance at any time.  NYLAG may stop providing limited assistance at its sole discretion consistent with the New York Rules of Professional Conduct. If NYLAG chooses to stop providing limited assistance, it will provide notice by email, mail, or phone.

### IV. CONFIDENTIALITY

NYLAG will take all reasonable steps to maintain any information you provide as confidential.

### V.  REVIEW AND CONSENT

By signing and writing today's date below, you indicate that you: have read and understand this agreement; consent to the terms of this agreement; and understand the possible risks and benefits of proceeding with limited scope assistance.

If you have questions or concerns, please indicate on this form and someone will arrange to speak with you.

_____                    _____

Signature                                                                                      Date

**Once you have completed this form, please mail it and the completed demographic form to the New York Legal Assistance Group, Pro Se Clinic, 40 Foley Square, LL22, New York, NY 10007.**



**Name** _____      **Date of Birth** _____

**Facility** _____

**Identification #** _____      **Email (if available)** _____

<u>**How did you hear about our clinic? (Circle One)**</u>

Pro Se Intake Office                Order/Letter from the Judge            Conference/Hearing with the Judge

Pro Se Information Package          Website                                Friend/Family

Other _____

<u>**Ethnicity (Circle One)**</u>

Asian/Pacific Islander          Hispanic              Caucasian

African American                Middle Eastern        Decline to Answer

African                         Caribbean

Native American                 South Asian

<u>**Education Level (Circle One)**</u>

8th Grade or Less          GED                    2-4 years of College/Vocational School

Some high school           College graduate       Decline to Answer

High school graduate       Graduate degree

<u>**Gender:**</u> _____

<u>**SDNY Case Number:**</u> _____

**Once you have completed this form, please mail it and the completed retainer to the New York Legal Assistance Group, Pro Se Clinic, 40 Foley Square, LL22, New York, NY 10007.**