UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                Plaintiff,

-against-

P.O. PILGRIM, et al.,

                Defendants.

23-CV-6727 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court is in receipt of the letter in response to the Order dated September 5, 2023, providing addresses where Defendants Neil Pilgrim and Sabine Avin may be served. *See* Docket No. 10.

      The Clerk of Court is directed to complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant, issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants forthwith.

Dated: November 8, 2023
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge