```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                         :
                                                :            23-CV-6704 (JGLC) (RWL)
                                                :
                          Plaintiff,            :
                                                :
              - against -                       :
                                                :
JOHN DOE POLICE OFFICER BADGE                   :
NUMBER 8520; SERGEANT GORMAN;                   :
POLICE OFFICER MCKEEVER; POLICE                 :
OFFICER DROZDIK; POLICE SERGEANT                :
NUNEZ; POLICE OFFICER BEN COSME;                :
POLICE OFFICER CALLOU; CENTRAL                  :
BOOKINGS COURT PEN OFFICER,                     :
                                                :
                          Defendants.           :
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                         :
                                                :
                                                :
                          Plaintiff,            :            23-CV-6727 (JGLC) (RWL)
                                                :
              - against -                       :
                                                :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN          :
(NYPD) (4080),                                  :
                                                :
                          Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants request a temporary stay of these consolidated cases pending mediation, currently scheduled for March 11, 2024. (See Dkt. 37, 43.) Plaintiff opposes the request. (Dkt. 41.) The Court finds that a brief stay is appropriate so that the parties may focus efforts and resources on potential resolution of both cases. Accordingly, with

1

one exception, the cases are stayed until March 12, 2024.  The exception is that the time for service on defendants continues to run and is not stayed.  Plaintiff is responsible for ensuring that service is effected, even though the U.S. Marshal is assisting in that regard. The Court will schedule an initial pretrial conference for after April 11, 2024.  Defendants are responsible for making arrangements for Plaintiff to be able to participate in the conference.  The Court will issue an order if Defendants propose one for that purpose. The Clerk of Court is directed to terminate letter motions at Dkt. 37 and 41.

                              SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2024
       New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902