USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERT DEREK LURCH, JR.

                Plaintiff,

    - against -

JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER MCKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER,

                Defendants.

23-CV-6704 (JGLC) (RWL)

------------------------------------------------------------X

ROBERT DEREK LURCH, JR.

                Plaintiff,

    - against -

P.O. PILGRIM (NYPD) (21213); P.O. AVIN (NYPD) (4080),

                Defendants.

23-CV-6727 (JGLC) (RWL)

------------------------------------------------------------X

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court having granted Defendants' request for a stay, Plaintiff's motion to compel is denied as moot.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2024
      New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902