Motion For scheduling order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024

Your honor, the Mediation session in this case has concluded and because of such, the Plaintiff will like to renew his request for a scheduling order in the consolidated matter.

Secondly, the Plaintiff will like the court to express on the record; which dates are documented as the deadline for the Defendants to answer to the complaint in both matters (Docket #'s, 23-cv-6701 and 23-cv-6727)(thank you).

Name: Robert Derek Lorch Jr.     Date: 3/18/2024     Signature: [signature]

Docket #: ①23-cv-6704 and ②23-cv-6727

The issues raised herein will be addressed at the telephone conference scheduled for April 16, 2024 at 2:30.

SO ORDERED:

4/1/2024    [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RECEIVED
MAR 28 2024
PRO SE OFFICE

EXHibiTS

Name: Robert Derek Lurch Jr.    Date: 3/13/2024    Signature: [signed]

Docket #: 23-cv-6727

"EXHIBIT A"

"Prehospital summary care report showing NYPD initially told EMTs that the Plaintiff stole chips and became aggressive when asked to leave."

- The conduct the Plaintiff was initially accused of constitutes theft and criminal trespassing and does not meet the criteria justifying a seizure under Mental Hygiene Law 9.41 without more.

- It was not noted other than the finding of the Plaintiff being aggressive, what behavior was displayed by the Plaintiff that assisted officers in making the determination that the Plaintiff was aggressive.



**NYC HEALTH+HOSPITALS** | **Bellevue** BELLEVUE HOSPITAL CENTER  462 1st Ave  New York NY 10016 | Patient: Lurch, Robert  MRN: 3598032, DOB: 11/28/1990, Sex: M  Acct #: 210045248  Admit: 7/26/2023, Discharge: 7/26/2023

### 07/26/2023 - ED in Bellevue ED Psych Adult (continued)

**ACR Scan**

#### Ambulance Call Report - Document on 7/27/2023 0123

Clinical date/time: 7/26/2023 0000
Description: ACR

User: Bias, Lawrence Ulyse
Status: Received

Document (below)

---

## Prehospital Care Report Summary
### FDNY
9 MetroTech Center; 7th Floor; Brooklyn, NY 11201
Date: 07/26/2023   Call #: 3747   Booklet: 89368836   Branch: STA04   Time Zone: America/New_York

**Call Information:**

Billing Disposition: Treated/Transported (10-82)
Initial Patient Acuity: Stable
Unit #: 01C3 - 01C Tour 3, Ground-Ambulance - BLS   Trip Type: Initial Trip
Run Type to Scene: Emergency Response (Primary Response Area) Emergent (Immediate Response)

Service Requested: Emergency Response (Primary Response Area)
Incident Facility:
Incident Location: E 14 ST/4 AVE - Manhattan, NY 10003 (New York County)
Incident Location Type: Street/Hwy

Receiving Facility: 2 - Bellevue (Hospital) - 472 1 Avenue - NY, NY 10016
Facility Address: 472 1 Avenue - NY, NY 10016
Destination Type: Hospital Emergency Department
Dest. Reason: Nearest/Most Accessible Facility
Hospital Capability: Hospital (General)
Condition of Patient At Destination: Improved
Registration #: N/A

Loaded Mileage: 1.3 (Total Mileage: 1.3)
Crew Members: Tyler DiIorenzo #1629, EMT Basic(DS)(DH); Alyssa Fioravante #1879, EMT Basic(DOC)

| # Patients Transported | |
|---|---|
| In My Unit: | 1 |
| # Patients at Scene: | 1 |
| Call Received: | 18:41:09 |
| Dispatched: | 18:41:54 |
| En Route: | 18:42:09 |
| At Staging Area: | |
| On Scene: | 18:43:32 |
| Patient Contact: | 18:46:24 |
| Transfer of EMS Patient Care: | |
| Left Scene: | 18:59:36 |
| At Destination: | 19:12:45 |
| Destination Patient Transfer of Care: | 19:41:03 |
| In Service: | 19:48:38 |
| Time On Scene: | 16 Min |
| Time to Destination: | 31 Min |
| Total Time of Run: | 67 Min |

Moved to Amb By: Walked With Assist   Transport Position: Sitting   From Amb By: Walked With Assist
ET3: Emergency Treat, Triage, and Transport:
  Does this patient meet ET3 Treat in Place or Alternate Destination criteria? Unknown

Call Origin: N/A   Lights/Siren: Scene - Lights and Sirens, Destination - No Lights and Sirens

**Patient Information:**

Name: ROBERT D LURCH
Address: Homeless HOMELESS
Phone:
Email:
SSN: 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
Driver License: 305177752

DOB: 11/28/1990
Gender: Male
Age: 32 Years
Weight: 175.0 lbs, 79.38 kg
Broselow:

Current Meds:
None
Env Allergies: NKA                                        Comments:
Med Allergies: HALDOL (HALOPERIDOL)          Comments:
Patient Physician:
Advance Directives:
Recent Exposure to Infectious Disease: No
PMH:        Psychiatric Problems, Other
Comment:    Psychiatric Problems: Bi-Polar
Patient Physical Limitations:
Comment:

**Payer Information:**

| Work Related: No | | | | |
|---|---|---|---|---|
| Priority: Primary | Name: Medicare or Medicaid | Type: Medicaid | Policy #: us80170q | Group #: 60048688273 80170039 |
| Policy Holder: , , Apt , | | Phone: | DOB: | |
| Relationship of Patient to Insured: Self | | | | |

07/27/23 01:05     © 2023 Sansio     FDNY     BK: 89368836 Call #:3747 Pg 1 of 4                    PCR 1 of 1

Case 1:23-cv-06727-JGLC-RWL   Document 34   Filed 04/01/24   Page 5 of 8

NYC HEALTH+ HOSPITALS | Bellevue | BELLEVUE HOSPITAL CENTER
462 1st Ave
New York NY 10016 | Patient: Lurch, Robert
MRN: 3598032, DOB: 11/28/1990, Sex: M
Acct #: 210045248
Admit: 7/26/2023, Discharge: 7/26/2023

**07/26/2023 - ED in Bellevue ED Psych Adult (continued)**

## ACR Scan (continued)

**Clinical:**

Onset Date/Time: 07/26/23 18:30:05
Dispatch Reason (EMD): PD13C   PD13C - Police 10-13 Confirmed
Medical Need:

Chief Complaint (Primary): EDP   Duration: 1   Minutes
Anatomic Location: General/Global
Provider Impression: Psychiatric Emerg.
Was this event weather related?: No
Mechanism of Injury:
Protocol 1:                                                    Protocol 2:

**Assessments:**

| Time | Employee | Type | Summary |
|---|---|---|---|
| 18:46:24 | Fioravante #1879, Alyssa | ABC | **Airway:**<br>General: Patent: Yes<br>**Breathing:**<br>Rate: Normal: Yes<br>Quality: Unlabored: Yes<br>Lung Sounds: Left: Clear: Yes<br>Lung Sounds: Right: Clear: Yes<br>**Circulation:**<br>General: Normal: Yes<br>Skin Capillary Refill: Normal<br>Skin Color: Normal: Yes<br>Skin Temperature: Normal: Yes<br>Skin Condition: Normal: Yes |
| 18:46:24 | Fioravante #1879, Alyssa | Head To Toe | **Head and Neck:**<br>Head: Normal: Yes<br>Left Eye: PERRL: Yes<br>Right Eye: PERRL: Yes<br>Neck: Normal: Yes<br>**Chest and Back**<br>Cervical: Normal: Yes<br>Thoracic: Normal: Yes<br>Lumbar/Sacral: Normal: Yes<br>**Abdomen and Pelvis**<br>LUQ Abdomen: Normal: Yes<br>RUQ Abdomen: Normal: Yes<br>LLQ Abdomen: Normal: Yes<br>RLQ Abdomen: Normal: Yes<br>Pelvis: Normal: Yes<br>GI: Normal: Yes<br>**Arms and Legs**<br>Left Arm: Normal: Yes<br>Right Arm: Normal: Yes<br>Left Leg: Normal: Yes<br>Right Leg: Normal: Yes |
| 18:46:24 | Fioravante #1879, Alyssa | Neurological | **AVPU:** Alert<br>**Mental Status:** Normal: Yes<br>**Neurological:** All Neuro: Normal |

**Vitals:**

| Time | Employee | Summary |
|---|---|---|
| 18:50:24 | Fioravante #1879, Alyssa | **BP:** 134/78 **Ausculate Type:** Sys: Cuff - Manual Auscultated - Dia: Cuff - Manual Auscultated<br>**MAP:** 97<br>**Pulse:** 86 **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter<br>**Resp:** 16 **Effort:** Normal<br>**SPO2:** 99 |

Case 1:23-cv-06727-JGLC-RWL   Document 34   Filed 04/01/24   Page 6 of 8


NYC HEALTH+ HOSPITALS | Bellevue

BELLEVUE HOSPITAL CENTER
462 1st Ave
New York NY 10016

Patient: Lurch, Robert
MRN: 3598032, DOB: 11/28/1990, Sex: M
Acct #: 210045248
Admit: 7/26/2023, Discharge: 7/26/2023

**07/26/2023 - ED in Bellevue ED Psych Adult (continued)**

## ACR Scan (continued)

19:00:24   Fioravante #1879, Alyssa   **BP:** 134/78 **Auscultate Type:** Sys: Cuff - Manual Auscultated - Dia: Cuff - Manual Auscultated
**MAP:** 97
**Pulse:** 86 **Pulse Type:** Regular **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter
**Resp:** 16 **Effort:** Normal
**SPO2:** 99

### Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 18:47:24 | Fioravante #1879, Alyssa | **Treatment- 1 - BLS Assessment** Attempts: 1  Success: Yes  Response: Improved  Complication: None  Authorization Type: Protocol  Level: BLS |

### Supply

Qty  Supply

### ECG Device Incident Number:

### PowerFields:

| PowerField | Value |
|---|---|
| Scene - Run Disposition - Run Disposition - Treated/Transported | *Treated/Transported (10-82) |
| CC / PI / MOI - Provider Impression - Primary Impression - Did call type match presenting problem? | No |

### Narrative History Text:
UPON ARRIVAL, FOUND 32 YEAR OLD MALE STANDING IN HANDCUFFS WITH NYPD. NYPD STATES PATIENT STOLE CHIPS & BECAME AGGRESSIVE WHEN HE WAS ASKED TO LEAVE.

PATIENT ALERT AND ORIENTED X3. AIRWAY PATENT AND BREATHING NORMAL. NEGATIVE CHEST PAIN. NEGATIVE BLEEDING/TRAUMA/DEFORMITIES. VITALS STABLE. PATIENT AMBULATORY.

PATIENT TRANSPORTED TO HOSP 02, IN HANDCUFFS WITH NYPD, WITH NO INCIDENTS.

### Unable to Sign:
**Unable to Sign Reason:** Incapable- Mentally/Physically
**Authorized Representative:** No authorized representative is available or willing
**Authorized Representative Signature:** No
**Secondary Documentation:** Unable to obtain secondary documentation
**Secondary Documentation Signature:** No
**Comment:**
EDP IN HANDCUFFS

Auth Signature: No   Privacy Sig: No   Unable to Sign: Yes   Refused to Sign: No

### Signature Image(s):

Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - SOTO - RN - 07/26/2023 20:41
****"RN" or "Nurse" is an UNACCEPTABLE entry. Crew members MUST document the RN or Nurse's FULL NAME***

Technician Signature - Fioravante #1879, Alyssa - 07/26/2023 19:00

"EXHIBIT B"

"Bellevue hospital record documenting P.O. Pilgrim in less than an hour of telling EMTs that plaintiff stole chips, now tells Doctor that Plaintiff paid vendour $1 for $5 dollars worth of candy"

• Establishes that the justification for the initial seizure was a lie and because of such, the seizure of the Plaintiff's person on the day of the Incident was a lie.



| NYC HEALTH+ HOSPITALS | Bellevue | BELLEVUE HOSPITAL CENTER<br>462 1st Ave<br>New York NY 10016 | Patient:Lurch, Robert<br>MRN: 3598032, DOB: 11/28/1990, Sex: M<br>Acct #: 210045248<br>Admit: 7/26/2023, Discharge: 7/26/2023 |
|---|---|---|---|

**07/26/2023 - ED in Bellevue ED Psych Adult (continued)**

### ED Provider Note (continued)

Robert Lurch is a 32 y.o. male hx mood d/o, antisocial PD, alcohol related d/o BIB NYPD/EMS for psych eval. Per NYPD officer who came with pt, pt reportedly paid vendour $1 for $5 dollar worth of candy; vendour called the police nearby to intervene, and after police left the pt reportedly became aggressive toward vendour who called the police again. Officer stated that pt refused to leave the area, so was brought to CPEP for psych eval. Per officer, pt not note to be talking to self, was not combative toward anyone except the vendour, and did not engage in any bizarre behaviour during their encounter. Officer also denied noticing AOB nor cannabis odour on pt.

In CPEP, pt stated that he wished to speak in private and is wiling to wait until triage room is free.

In CPEP, pt stated that vendour called the officer without good reason, as he'd paid for the goods he'd taken and received change from vendour for it. Stated that he was told by the police that he had to leave, but stated that he doesn't see why he had to leave. Denied that he'd threatened the vendour, stating that if he had indeed been threatening, then why did the police not arrest him. Stated that one of the officer was touching him inappropriately. Stated that he plans to sue and request that I write down the name and series of numbers (possibly officers' name and badge numbers) that pt tells me on paper for him as pt does not have access to pen.

Pt denied changes in sleep/appetite. When asked about concentration, responded that his encounter with NYPD today will affect his concentration.

Denied AVH. Stated that he feels fearful of CPEP staff. Stated that he is recently dc'd from jail and is staying with friend

### Past Psychiatric History:
- **Prior diagnoses:** Alcohol related disorders Unspecified/Other Bipolar Antisocial Personality Disorder Unspecified/Other Depressive Disorder
- **Hospitalizations:** per psyckes, none
- **Outpatient treatment:**

| Clinic - SU Specialty | SUCCESS COUNSELING SVCS INC | 3/22/2021 | 3/29/2021 | Alcohol abuse, uncomplicated |
|---|---|---|---|---|

- **Medication trials:** per psyckes, none
- **Suicide attempts/Self-harm:** Denies
- **Violence:** pt stated that everyone has hx of violence. Per PES 5/9/21, hx of antisocial behaviour
- **Trauma/Abuse:** per PES 5/9/21, hx of physical abuse

### Substance Use History:
- **Nicotine:** Denies
- **Alcohol:** Denies
- **Other substance use:** Denies

### Social History:
### Psychosocial Assessment

| Flowsheet Row | ED from 7/26/2023 in Bellevue ED Psych Adult |
|---|---|
| Current Living Arrangements/Environment | |
| Housing Situation | Private Residence |
| Immigration History | |
| Country of origin | USA |
| Citizenship | US |
| Initial Plan | |
| Disposition | Discharge |