USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERT DEREK LURCH, JR.

                Plaintiff,

    - against -

JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER MCKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER,

                Defendants.

23-CV-6704 (JGLC) (RWL)

------------------------------------------------------------X

ROBERT DEREK LURCH, JR.

                Plaintiff,

    - against -

P.O. PILGRIM (NYPD) (21213); P.O. AVIN (NYPD) (4080),

                Defendants.

23-CV-6727 (JGLC) (RWL)

------------------------------------------------------------X

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff has filed a "motion to preclude defense, "in future dispositive motions," "that Plaintiff's guilty plea to attempt assault bars him from litigating this matter." (Dkt. 57.) Inasmuch as no dispositive motion is pending, Plaintiff's motion is denied without

1

prejudice as premature.  Plaintiff may reassert his argument in the event a dispositive motion is filed in the future.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 57.

                                SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2024
       New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902